IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TENNESSEE
AT GREENEVILLE

| | |
|---|---|
| PAUL D. BARGER, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CASE NO. 3:16-cv-71 |
| ) | |
| ACOSTA, INC., and LIBERTY LIFE ) | |
| ASSURANCE COMPANY OF ) | |
| BOSTON, ) | |
| ) | |
| Defendant. ) | |
| ) | |

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Fed. R. Civ. P. 41(a)(l)(ii) and in compliance with LR 68.1, Defendants Acosta, Inc. and Liberty Life Assurance Company of Boston and Plaintiff Paul D. Barger, by counsel, hereby stipulate that this action be dismissed with prejudice according to the terms of the parties' Settlement Agreement. Each party shall bear its own discretionary costs and fees.

Respectfully submitted,

s/ Lynda M. Hill
Lynda M. Hill, BPR No. 019427
Mekesha H. Montgomery, BPR No. 25831
FROST BROWN TODD LLC
150 3rd Avenue South, Suite 1900
Nashville, TN 37201
lhill@fbtlaw.com
mmontgomery@fbtlaw.com
615.251.5550 Telephone
615.251.5551 Facsimile
*Attorneys for Defendants*

s/ John P. Dreiser *(with permission)*
John P. Dreiser, BPR No. 020743
Attorney at Law
1356 Papermill Pointe Way
Knoxville, TN 37909
john@farmerdreiser.com
865-584-1211 Telephone
865-584-1171 Facsimile
*Attorney for Plaintiff*

1

# CERTIFICATE OF SERVICE

      I hereby certify that on August 29, 2016, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to the following:

    John P. Dreiser
    Attorney at Law
    1356 Papermill Pointe Way
    Knoxville, TN  37909
    865-584-1211

      I further certify that I mailed the foregoing document and the notice of electronic filing by first-class mail to the following non-CM/ECF participant:    N/A.

                                                  s/ Lynda M. Hill
                                                 *Attorney for Defendant*

0000T69.0635065  4819-1654-2519v1